**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-22742-PSH |
| | § | |
| GLORIA FLORES-ARREGUIN | § | |
| ALFREDO FLORES-ARREGUIN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $260,950.00 | Assets Exempt: | $46,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,758.31 | Claims Discharged Without Payment: | $161,072.27 |
| Total Expenses of Administration: | $1,242.35 | | |

3) Total gross receipts of $3,000.66 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $296,447.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,242.35 | $1,242.35 | $1,242.35 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,569.00 | $1,569.00 | $1,569.00 |
| General Unsecured Claims (from **Exhibit 7**) | $159,667.00 | $73,695.58 | $73,695.58 | $189.31 |
| **Total Disbursements** | $456,114.00 | $76,506.93 | $76,506.93 | $3,000.66 |

4). This case was originally filed under chapter 7 on 06/23/2009. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/29/2010     By: /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 GMC Envoy Sport Utility 4D with 60,000 mile | 1129-000 | $3,000.00 |
| Interest Earned | 1270-000 | $0.66 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.66** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Coming Funding Ne | 4110-000 | $179,806.00 | NA | $0.00 | $0.00 |
| | Homecome Fin | 4110-000 | $44,503.00 | NA | $0.00 | $0.00 |
| | Ntl City Mtg | 4110-000 | $72,138.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$296,447.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $750.09 | $750.09 | $750.09 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $79.76 | $79.76 | $79.76 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $412.50 | $412.50 | $412.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,242.35** | **$1,242.35** | **$1,242.35** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue | 5800-000 | $0.00 | $1,569.00 | $1,569.00 | $1,569.00 |
| | Illinois | 5800-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | Department of Revenue |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,569.00 | $1,569.00 | $1,569.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns Resurgent Capital Svcs | 7100-000 | $6,756.00 | $6,975.61 | $6,975.61 | $17.92 |
| 3 | DISCOVER BANK | 7100-000 | $8,472.00 | $8,769.26 | $8,769.26 | $22.53 |
| 4 | DISCOVER BANK | 7100-000 | $8,190.00 | $8,047.26 | $8,047.26 | $20.67 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $8,426.00 | $8,695.91 | $8,695.91 | $22.34 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $11,866.00 | $11,944.77 | $11,944.77 | $30.68 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $3,708.00 | $3,747.93 | $3,747.93 | $9.63 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $13,217.00 | $13,620.63 | $13,620.63 | $34.99 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $2,971.00 | $3,121.82 | $3,121.82 | $8.02 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $8,495.00 | $8,772.39 | $8,772.39 | $22.53 |
|  | Bank Of America | 7100-000 | $2,971.00 | NA | NA | $0.00 |
|  | Bk Of Amer | 7100-000 | $13,542.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $11,384.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $11,384.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $8,695.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $8,426.00 | NA | NA | $0.00 |
|  | Corporate (Original Creditor:11 Rcn | 7100-000 | $182.00 | NA | NA | $0.00 |
|  | Discover Fin | 7100-000 | $7,768.00 | NA | NA | $0.00 |
|  | Mcydsnb | 7100-000 | $992.00 | NA | NA | $0.00 |
|  | Mcydsnb | 7100-000 | $2,141.00 | NA | NA | $0.00 |
|  | Sears/Cbsd | 7100-000 | $6,559.00 | NA | NA | $0.00 |
|  | Visdsnb | 7100-000 | $5,765.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Visdsnb | 7100-000 | $7,757.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $159,667.00 | $73,695.58 | $73,695.58 | $189.31 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 09-22742-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FLORES-ARREGUIN, GLORIA AND FLORES-ARREGUIN, ALFR | Date Filed (f) or Converted (c): | 06/23/2009 (f) |
| For the Period Ending: | 10/29/2010 | §341(a) Meeting Date: | 08/04/2009 |
| | | Claims Bar Date: | 11/09/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Primary residence commonly, S.Lombard Berwyn, IL | $160,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Real property commonly known, Hill Ave, Peoria, | $82,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Checking accoung being held by Chase Bank | $10.00 | $0.00 | DA | $0.00 | FA |
| 4  Savings account being held by Chase Bank | $20.00 | $0.00 | DA | $0.00 | FA |
| 5  Miscellanious household goods | $500.00 | $0.00 | DA | $0.00 | FA |
| 6  Clothes | $200.00 | $0.00 | DA | $0.00 | FA |
| 7  401 K | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 8  2002 Toyota 4Runner SR5 Sport Utility 4D with 16 | $5,000.00 | $200.00 | DA | $0.00 | FA |
| 9  2004 GMC Envoy Sport Utility 4D with 60,000 mile | $10,220.00 | $2,750.00 | DA | $3,000.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $0.66 | Unknown |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

| | $260,950.00 | $2,950.00 | | $3,000.66 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Ready for TFR
TFR completed
TFR sent to Tom for Approval 02/23/10 mig

**Initial Projected Date Of Final Report (TFR):**   08/04/2011
**Current Projected Date Of Final Report (TFR):**   03/26/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22742-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FLORES-ARREGUIN, GLORIA AND FLORES-ARREGUIN, ALFREDO | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9579 | Money Market Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/29/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********9665 | 9999-000 | $3,000.52 | | $3,000.52 |
| 04/27/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $0.14 | | $3,000.66 |
| 04/27/2010 | | To Account #**********9666 | In preparation of Distribution | 9999-000 | | $3,000.66 | $0.00 |
| | | | **TOTALS:** | | $3,000.66 | $3,000.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,000.52 | $3,000.66 | |
| | | | **Subtotal** | | $0.14 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.14 | $0.00 | |

**For the period of 6/23/2009 to 10/29/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.14 |
| Total Internal/Transfer Receipts: | $3,000.52 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,000.66 |

**For the entire history of the account between 04/06/2010 to 10/29/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.14 |
| Total Internal/Transfer Receipts: | $3,000.52 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,000.66 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22742-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FLORES-ARREGUIN, GLORIA AND FLORES-ARREGUIN, ALFREDO | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9579 | | Checking Acct #: | ******9666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/29/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2010 | | From Account #**********9665 | In preparation of Distribution | 9999-000 | $3,000.66 | | $3,000.66 |
| 04/27/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $750.09, Trustee Compensation; Reference: | 2100-000 | | $750.09 | $2,250.57 |
| 04/27/2010 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $79.76, Trustee Expenses; Reference: | 2200-000 | | $79.76 | $2,170.81 |
| 04/27/2010 | 103 | Lakelaw | Dividend paid 100.00% on $412.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $412.50 | $1,758.31 |
| 04/27/2010 | 104 | Internal Revenue | Dividend paid 100.00% on $1,569.00; Claim# 2; Filed: $1,569.00; Reference: | 5800-000 | | $1,569.00 | $189.31 |
| 04/27/2010 | 105 | PYOD LLC its successors and assigns Resurgent | Dividend paid 0.25% on $6,975.61; Claim# 1; Filed: $6,975.61; Reference: | 7100-000 | | $17.92 | $171.39 |
| 04/27/2010 | 106 | DISCOVER BANK | Dividend paid 0.25% on $8,769.26; Claim# 3; Filed: $8,769.26; Reference: | 7100-000 | | $22.53 | $148.86 |
| 04/27/2010 | 107 | DISCOVER BANK | Dividend paid 0.25% on $8,047.26; Claim# 4; Filed: $8,047.26; Reference: | 7100-000 | | $20.67 | $128.19 |
| 04/27/2010 | 108 | Chase Bank USA, N.A. | Dividend paid 0.25% on $8,695.91; Claim# 5; Filed: $8,695.91; Reference: | 7100-000 | | $22.34 | $105.85 |
| 04/27/2010 | 109 | Chase Bank USA, N.A. | Dividend paid 0.25% on $11,944.77; Claim# 6; Filed: $11,944.77; Reference: | 7100-000 | | $30.68 | $75.17 |
| 04/27/2010 | 110 | Chase Bank USA, N.A. | Dividend paid 0.25% on $3,747.93; Claim# 7; Filed: $3,747.93; Reference: | 7100-000 | | $9.63 | $65.54 |
| 04/27/2010 | 111 | FIA CARD SERVICES, NA/BANK OF | Dividend paid 0.25% on $13,620.63; Claim# 8; Filed: $13,620.63; Reference: | 7100-000 | | $34.99 | $30.55 |
| 04/27/2010 | 112 | FIA CARD SERVICES, NA/BANK OF | Dividend paid 0.25% on $3,121.82; Claim# 9; Filed: $3,121.82; Reference: | 7100-000 | | $8.02 | $22.53 |
| 04/27/2010 | 113 | FIA CARD SERVICES, NA/BANK OF | Dividend paid 0.25% on $8,772.39; Claim# 10; Filed: $8,772.39; Reference: | 7100-000 | | $22.53 | $0.00 |

| | | | | **SUBTOTALS** | $3,000.66 | $3,000.66 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22742-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FLORES-ARREGUIN, GLORIA AND FLORES-ARREGUIN, ALFREDO | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9579 | Checking Acct #: | ******9666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/29/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $3,000.66 | $3,000.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,000.66 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,000.66 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,000.66 | |

| **For the period of 6/23/2009 to 10/29/2010** | | **For the entire history of the account between 04/27/2010 to 10/29/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,000.66 | Total Internal/Transfer Receipts: | $3,000.66 |
| | | | |
| Total Compensable Disbursements: | $3,000.66 | Total Compensable Disbursements: | $3,000.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.66 | Total Comp/Non Comp Disbursements: | $3,000.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-22742-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | FLORES-ARREGUIN, GLORIA AND FLORES-ARREGUIN, ALFREDO | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******9579 | | **Money Market Acct #:** | ******9665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 6/23/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/29/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/29/2009 | (9) | Gloria Flores Arreguin | 1 of 4 | 1129-000 | $750.00 | | $750.00 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $750.02 |
| 11/06/2009 | (9) | Gloria Flores-Arreguin | 1 | 1129-000 | $750.00 | | $1,500.02 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $1,500.07 |
| 12/08/2009 | (9) | Gloria Flores-Arreguin | 0 | 1129-000 | $750.00 | | $2,250.07 |
| 12/29/2009 | (9) | Alfredo Arreguin | 7 | 1129-000 | $750.00 | | $3,000.07 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.08 | | $3,000.15 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $3,000.26 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $3,000.37 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.13 | | $3,000.50 |
| 04/06/2010 | | Wire out to BNYM account ********9665 | Wire out to BNYM account ********9665 | 9999-000 | ($3,000.52) | | ($0.02) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.02 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($3,000.52) | $0.00 | |
| | | | **Subtotal** | | $3,000.52 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.52 | $0.00 | |

| **For the period of 6/23/2009 to 10/29/2010** | | **For the entire history of the account between 09/29/2009 to 10/29/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,000.52 | Total Compensable Receipts: | $3,000.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.52 | Total Comp/Non Comp Receipts: | $3,000.52 |
| Total Internal/Transfer Receipts: | ($3,000.52) | Total Internal/Transfer Receipts: | ($3,000.52) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-22742-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | FLORES-ARREGUIN, GLORIA AND FLORES-ARREGUIN, ALFREDO | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******9579 | **Money Market Acct #:** ******9665 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 6/23/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/29/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,000.66 | $3,000.66 | $0.00 |

**For the period of 6/23/2009 to 10/29/2010**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.66 |
| Total Internal/Transfer Receipts: | $3,000.66 |
| | |
| Total Compensable Disbursements: | $3,000.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.66 |
| Total Internal/Transfer Disbursements: | $3,000.66 |

**For the entire history of the case between 06/23/2009 to 10/29/2010**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.66 |
| Total Internal/Transfer Receipts: | $3,000.66 |
| | |
| Total Compensable Disbursements: | $3,000.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.66 |
| Total Internal/Transfer Disbursements: | $3,000.66 |